**Dismiss and Opinion Filed January 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00071-CR

**THE STATE OF TEXAS, Appellant**
**V.**
**JOHN MARSHALL LOWRY, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82372-2012**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Evans
Opinion by Justice Bridges

The State has filed a motion to dismiss this appeal. The motion is signed by counsel for

the State. The Court **GRANTS** the motion and **ORDERS** that this appeal be **DISMISSED** and

the decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140071F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-14-00071-CR          V.

JOHN MARSHALL LOWRY, Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-82372-2012.
Opinion delivered by Justice Bridges.
Justices Lang and Evans participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered January 29, 2015.